UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Trustees of the PLUMBERS LOCAL UNION NO. 1 WELFARE FUND, ADDITIONAL SECURITY BENEFIT FUND, VACATION & HOLIDAY FUND, TRADE EDUCATION FUND AND 401(k) SAVINGS PLAN and GEORGE W. REILLY, as Business Manager of LOCAL UNION NO. 1 OF THE UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA,<br><br>Plaintiffs,<br><br>-against-<br><br>GOTHAM PLUMBING & SPRINKLER CORP., THOMAS GILLIGAN and RLI INSURANCE CO.,<br><br>Defendants. | 05 Civ. 1666 (ARR)<br><br>**NOTICE OF DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Fed. Civ. P. Rule 41(a)(1)(i), the above-captioned action be and hereby is dismissed in its entirety with respect to defendant RLI Insurance Co.

Dated: New York, New York
       August 10, 2005

BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC

By: _____
Charles R. Virginia (CV 8214)
Trinity Centre
111 Broadway, Suite 1403
New York, N.Y. 10006
(212) 943-9080
Attorneys for Plaintiffs

SO ORDERED:

U.S.D.J.  8/12/05

# Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
## ATTORNEYS AT LAW

ROY BARNES*
RICCARDO IACCARINO
CHARLES R. VIRGINIA**
LLOYD R. AMBINDER**
WENDELL V. SHEPHERD

SCOTT AURNOU
DENNIS M. CARIELLO
DANIELLE CERONE
SUSAN GHIM
DANA L. HENKE^
STEVEN KERN^^
YONGMIN OH
ADRIENNE PAULE
JUDY S. WONG

111 BROADWAY
14TH FLOOR
NEW YORK, NEW YORK 10006
(212) 943-9080
FAX (212) 943-9082

*(Please refer all correspondence to the New York address)*

258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-5740
Fax (914) 592-3213

3 Surrey Lane
Hempstead, New York 11550
(516) 483-2990
Fax (516) 483-0566

\* Also Admitted in PA
\*\* Also Admitted in NJ
\*\*\*Also Admitted in MA
^ Also Admitted in DC
^^ Also Admitted in CT

Augsut 10, 2005

**VIA ECF & U.S. MAIL**

Honorable Allyne R. Ross
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: *__Plumbers Local Union No. 1 Funds v. Gotham, 05 Civ. 1666 (ARR)__*

Dear Judge Ross:

  This firm represents the plaintiff trustees in the above-referenced matter. Please find enclosed a courtesy hardcopy of the Notice of Dismissal filed with respect to defendant RLI Insurance Co.

  Thank you for your attention.

          Very truly yours,

          Yongmin Oh

Encl.
cc: Gotham (via fax)
   RLI (via fax)