WELFARE FUND, ADDITIONAL SECURITY BENEFIT FUND, VACATION & HOLIDAY FUND, TRADE EDUCATION FUND AND 401(k) SAVINGS PLAN and GEORGE W. REILLY, as Business Manager of LOCAL UNION NO. 1 OF THE UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA,

Plaintiffs,

-against-

GOTHAM PLUMBING & SPRINKLER CORP., THOMAS GILLGAN and RLI INSURANCE CO.,

Defendants.

**NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. Civ. P. Rule 41(a)(1)(i), the above-captioned action be and hereby is dismissed in its entirety.

Dated: New York, New York
November 15, 2005

BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC

By: /s/ _____
Charles R. Virginia (CV 8214)
Trinity Centre
111 Broadway, Suite 1403
New York, N.Y. 10006
(212) 943-9080
Attorneys for Plaintiffs

SO ORDERED:

_____
U.S.D.J.

WENDELL V. SHEPHERD

SCOTT AURNOU
MICHELLE T. BAGINSKI
DENNIS M. CARIELLO
DANIELLE CERONE
SUSAN GHIM
DANA HENKE†
STEVEN KERN††
YONGMIN OH
ADRIENNE PAULE
JUDY S. WONG

\* Also Admitted in PA
\*\* Also Admitted in NJ
† Also Admitted in DC
†† Also Admitted in CT

New York, New York 10006
(212) 943-9080
Fax: (212) 943-9082

3 Surrey Lane
Hempstead, New York 11550
(516) 483-2990
Fax: (516) 483-0566

OF COUNSEL:
Giacchino J. Russo, Esq.
Kathleen A. McGoldrick, Esq.
Albert Rodrigues, Esq.

November 15, 2005

**VIA ECF & U.S. MAIL**

Honorable Allyne R. Ross
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11021

        **Re:**     <u>*Plumbers Local No. 1 Funds v. Gotham* 05 Civ. 1666 (ARR)</u>

Dear Judge Ross:

    This firm represents the plaintiff trustees in the above-referenced matter. Please find enclosed a courtesy hard copy of the Notice of Dismissal filed electronically with the Court.

    Thank you for your attention to this matter.

                              Very truly yours,

                              Yongmin Oh

YO:mr
Encl.
cc: Magistrate Judge Cheryl M. Pollak